**07 CRM 830**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: Conspiracy to Distribute and Possess With Intent to Distribute Heroin and Over 500 Grams of Cocaine [21 USC 846, 841(a)(1)and (b)(1)(B)(ii)]; Conspiracy to Launder Monies Derived from the Sale of Controlled Substances [18 USC 1956(h)] |
| | | ORIGINAL SENTENCE: Forty-Three (43) months on each of Counts 1 and 2, with the sentences of confinement to run concurrently.<br>It is recommended that the defendant be incarcerated in a BOP facility at Fort Dix, New Jersey or as near as possible to his residence in New York. Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) years on each of Counts 1 and 2, to be served concurrently. |
| FROM: | Tiffany Thomas<br>U.S. Probation Officer | SPEC. CONDITIONS: $200.00 Special Assessment. The defendant shall participate in a program of substance abuse treatment as directed by the Probation Officer. |



RE:   **PARMLEY, Abdul S.**
      **Docket No.: 2:97CR00141**

DATE OF SENTENCE:   March 27, 2003

DATE:   August 14, 2007

ATTACHMENTS:   PSI X   JUDGMENT X
REQUEST FOR:   COURT DIRECTION   X

---

*Request for Acceptance of Jurisdiction*

This offender was sentenced in the Southern District of Ohio on March 27, 2003, as outlined above. He was released from custody on October 7, 2005 to commence his supervised release term. On August 9, 2007, the Southern District of Ohio initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on August 9, 2007 by the Honorable Edmund A. Sargus, Jr., U.S. District Judge for the Southern District of Ohio, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

PARMLEY, Abudul S.                                              P37446-TT
Docket No.: 2:97CR00141
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached form(s), Probation 22, be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Tiffany Thomas
    U.S. Probation Officer
    212-805-0033

Approved By: _____  8-14-07
    Avriel G. George              Date
    Supervising U.S. Probation Officer

/dg
Enclosures